**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| INTERNATIONAL CARTRIDGE CORPORATION, | : No. 170 WAL 2014 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| KILGORE FLARES COMPANY, LLC, | : |
| SINTERFIRE, INC., DANIEL S. YAICH, | : |
| AND JOSEPH S. COURY, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.